Edmund J. A. WILLIAMS, as Trustee In Bankruptcy of HANFREDENE REALTY CORPORATION, Plaintiff-Appellee, v. BANK OF AMERICA NATIONAL ASSOCIATION, as Successor to Bowery and East River National Bank, Defendant-Appellant.

Circuit Court of Appeals, Second Circuit.
Dec. 7, 1931.

■

Curtin & Glynn, of New York City, for appellant.

Leo. J. Linder and Morris Permut, both of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

MANTON, Circuit Judge.

This is a suit in equity by the trustee to recover a preference under section 67e of the Bankruptcy Act (11 USCA § 107 (e). The bill is in equity, and alleges the transfer to have been voidable, having been made within four months prior to the filing of the petition in bankruptcy. A motion is made to dismiss the appeal for the reason that it was not taken within 30 days, the time prescribed by section 24c of the Bankruptcy Act (11 USCA § 47 (c). It was taken within 90 days after the decree was entered. For the reasons which we have stated in Lowenstein v. Reikes, 54 F.(2d) 481, decided this day, the motion herein is denied.

Motion denied.